DEAN PROBER, ESQ. #106207
HOMAN MOBASSER, ESQ. #251426
PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Blvd., Suite 100
Woodland Hills, CA 91364
Telephone: (818) 227-0100
Facsimile: (818) 227-0637
Email: dprober@pralc.com
D.087-073

Attorneys for Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN R. LANDON,<br><br>　　　　Defendant. | No. 2:14-cv-04335-MWF(MRWx)<br><br>**CONSENT JUDGMENT** |

  THE COURT, having reviewed the Stipulation for Entry of Consent Judgment between the United States of America ("Plaintiff") on behalf of its agency, the Department of Education, and JOHN R. LANDON, defendant herein ("Defendant"), and it appearing that the United States of America is entitled to entry of a judgment against Defendant, and good cause existing.

IT IS ORDERED, ADJUDGED, AND DECREED that the United States of America shall have judgment against Defendant JOHN R. LANDON as follows:

1. As a result of defaulted student loans, Defendant shall pay to the United States the sum of $11,125.41, consisting of the principal balance of $4,477.26; interest accrued to March 2, 2015 of $5,890.43; costs of $110.00 and attorneys fees of $647.72.

2. Each party to this Action shall bear its own costs.

IT IS SO ORDERED.

DATED: March 19, 2015

_____
UNITED STATES DISTRICT JUDGE